UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************************
STEPHANIE GROSSI,                    *
      Plaintiff.                     *
                                     *   CIVIL ACTION
VS.                                  *   NO.
                                     *
CVS PHARMACY, INC.,                  *
      Defendant.                     *
*************************************
```

## NOTICE OF REMOVAL

Defendant, CVS Pharmacy, Inc. d/b/a CVS Pharmacy, hereby gives Notice of Removal of Civil Action No. 2338-CV492 from the Haverhill District Court of the Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. Removal of this action is proper under to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

1. On or about November 27, 2023, Plaintiff Stephanie Grossi filed the above-entitled civil action against CVS Pharmacy, Inc. (hereinafter "Defendant CVS Pharmacy"), in the Haverhill District Court of the Commonwealth of Massachusetts, Civil Action No. 2338-CV492, where it is currently pending (hereinafter the "State Court Action"). (See Summons attached at Exhibit A and Complaint, attached as Exhibit B.)

2. The Summons and Complaint were served upon Defendant CVS Pharmacy on December 7, 2023. (Exhibit A.)

3. The Complaint asserts a cause of action for negligence arising out of alleged negligent administration of a Covid-19 vaccination, resulting in personal injuries, lost wages, medical expenses, and ongoing pain and suffering. (Exhibit B)

1

4. By way of letter dated September 7, 2022, the Plaintiff demanded damages in the amount of $75,000.00 (See September 7, 2022, letter at Exhibit C).

5. Plaintiff's Complaint, as filed on November 27, 2023, claims ongoing damages, which would therefore be in excess of the $75,000.00 demand of September 7, 2022. (Exhibit B at ¶ 12.)

6. Plaintiff alleges she is a resident of Massachusetts who resides at 226 Main Street, Groveland, Massachusetts. (Exhibit B at ¶ 1.)

7. Defendant CVS Pharmacy was at all relevant times a Rhode Island Corporation with its principal place of business in Woonsocket, Rhode Island. (See Annual Report, attached hereto as Exhibit D.) The citizenship of a corporation is both the place of incorporation and its principle place of business. See U.S.C. § 1332 (c)(1). Accordingly, Defendant CVS Pharmacy is a citizen of Rhode Island. See also, Moore v. CVS Health Corp., No. EDCV17888JGBDTBX, 2017 WL 2999021, at *3 (C.D. Cal. July 14, 2017) (finding that complete diversity of citizenship existed because Defendant CVS is a citizen of Rhode Island, and the plaintiff was a citizen of California) (Slip Opinion attached hereto as Exhibit E).

8. There is complete diversity between Plaintiff and Defendant in this action.

9. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant and more than $75,000 exclusive of interest and costs is at stake.

10. This Court has now, and had when the action was commenced, original diversity jurisdiction under 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between Plaintiff and Defendant CVS Pharmacy and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. By filing this Notice of Removal, Defendant CVS Pharmacy does not intend to waive, and hereby reserves, any objection as to service, personal jurisdiction, and all other defenses and objections it may have to this action. Defendant CVS Pharmacy intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

12. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action which have been served upon the defendant are being filed with this Notice of Removal.

13. This Notice of Removal is being served on counsel for Plaintiff on this date, within 30 days of the date the Defendant was served with the Summons and Complaint. Defendant CVS Pharmacy promptly will file a copy of this Notice of Removal with the Clerk of the Haverhill District Court of the Commonwealth of Massachusetts. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

WHEREFORE, this action is hereby removed from the Haverhill District Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

*/s/ Sarah Ann Greenhalgh*
Sarah Ann Greenhalgh, BBO # 663654
Attorney for Defendant,
CVS Pharmacy, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts  02114
(617) 227-3240
sgreenhalgh@mmmk.com

Date:   December 26, 2023

## **CERTIFICATE OF SERVICE**

I, Sarah Ann Greenhalgh, Esq. certify that the **NOTICE OF REMOVAL** through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as not registered participants.

*/s/ Sarah Ann Greenhalgh*
Sarah Ann Greenhalgh, BBO # 663654
Attorney for Defendant,
CVS Pharmacy, Inc.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts  02114
(617) 227-3240
sgreenhalgh@mmmk.com

Date:   December 26, 2023