Date Filed: 11/27/2023 3:00 PM
District Court - Haverhill
Docket Number:

COMMONWEALTH OF MASSACHUSETTS

Essex, ss    HAVERHILL DISTRICT COURT
CIVIL ACTION NO.

STEPHANIE GROSSI,
*Plaintiff*,

VS.

CVS PHARMACY, INC.,
*Defendant.*

## COMPLAINT AND JURY DEMAND

### *PARTIES*

1. The Plaintiff Stephanie Grossi is an individual who resides at 226 Main Street, Groveland, County of Essex, Commonwealth of Massachusetts.

2. The Defendant, CVS Pharmacy, Inc. is a foreign corporation with a corporate principal office located at One CVS Drive, Woonsocket, Rhode Island.

### *FACTS*

3. On or about November 10, 2021, the Plaintiff arrived at CVS Store No. 672 located at 32 Ferry Street in Malden, Massachusetts, for a scheduled COVID-19 booster injection.

4. A CVS employee, who upon information and belief was employed by CVS at all times relevant herein as a pharmacist or technician authorized to administer the COVID-19 booster injections to CVS patients, administered the booster injection in the Plaintiff's

left arm.

5. Upon the CVS employee administering the booster injection, the Plaintiff immediately began experiencing extreme pain in her left shoulder and continued to experience abnormal pain levels following the injection.

6. The CVS employee who administered the injection negligently administered it and negligently placed the needle in the Plaintiff's left arm, causing impingement and bursitis of the left shoulder, and numbness in the Plaintiff's fingers.

7. The Defendant owed the Plaintiff a duty of reasonable care in properly administering the injection to the Plaintiff, and failed to administer the injection with reasonable care, causing severe injury to the Plaintiff.

8. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff suffered severe injuries because of the improperly administered injection. Plaintiff incurred significant medical expenses and continues to suffer from residual pain and suffering as a result of the Defendant's negligence.

## COUNT I
### (Negligence)

9. Plaintiff realleges and incorporates by reference all those facts and allegations in paragraphs 1-8 above and further alleges:

10. The Defendant owed the Plaintiff a duty of reasonable care in administering the injection in the Plaintiff's left arm.

11. The Defendant breached its duty of care by failing to properly administer the Plaintiff's

injection.

12. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff suffered severe personal injuries, lost wages, incurred medical expenses, and continues to suffer from significant pain and suffering.

WHEREFORE, the Plaintiff, Stephanie Grossi demands judgment against the Defendant, CVS Pharmacy, Inc. as follows:

    a. In an amount equal to the damages suffered by Stephanie Grossi, to be determined at trial in this matter, plus interest and the cost of this action as permitted by law;

    b. Attorney's fees, costs, pre-judgment interest and post-judgment interest; and

    c. Such other and further relief as this Court deems just and proper.

## JURY TRIAL DEMAND

PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES.

Respectfully submitted,  
Plaintiff, Stephanie Grossi,  
By her Attorney,

Dated: November 27, 2023

*/s/ Michael Vigorito*  
Michael Vigorito (BBO#: 696328)  
VIGORITO WOOLF P.C.  
100 State Street, Floor 10  
Boston, MA 02109  
(617) 410-6750  
mvigorito@vigoritowoolf.com

3